UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim No. 10-364 (SRC) |
| SALEEN NEAL,<br>a/k/a "S Bang" | : | ORDER FOR CONTINUANCE |

This matter having been opened to the Court by PAUL J. FISHMAN, United States Attorney for the District of New Jersey (Melissa L. Jampol, Assistant U.S. Attorney, appearing), and defendant SALEEN NEAL, a/k/a "S Bang" (Susan Cassell, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and the defendant being aware that he has the right to have the matter presented at trial within seventy (70) days of his Indictment; and the defendant requesting additional time to investigate the charges and review discovery; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Defendant has consented to the aforementioned continuance to enable the defendant to further investigate the charges and review discovery.

3. The grant of a continuance will likely conserve judicial resources.

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 23rd day of June 2010,

ORDERED that the proceedings in the above-captioned matter are continued from June 23, 2010 through and including October 5, 2010; and

IT IS FURTHER ORDERED that the defendant's motions shall be filed by September 10, 2010; the government's opposition shall be filed by September 17, 2010; the argument on the motions is scheduled for September 20, 2010 at 11:00 AM. and the trial is scheduled for October 5, 2010; and

IT IS FURTHER ORDERED that the period between June 23, 2010 through and including October 5, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

Hon. Stanley R. Chesler
United States District Judge

Susan Cassell, Esq.
Attorney for SALEEN NEAL

Date: 6/23/10

AUSA Melissa L. Jampol

Date: 6/23/10