UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Crim. No. 10-364 (SRC) |
| SALEEN NEAL | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Lisa M. Colone, Assistant U.S. Attorney, appearing), and defendant Saleen Neal, by his attorney Susan Cassell, Esq., for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to an additional continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

(2) Defendant has consented to the aforementioned continuance; and

(3) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS, therefore, on this 22nd day of September, 2010,

ORDERED that this action be, and it hereby is, continued for a period of 60 days from September 8, 2010; and it is further

ORDERED that the period from September 8, 2010 through November 8, 2010 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:

_____
Lisa M. Colone
Assistant U.S. Attorney

_____
Susan Cassell, Esq.
Counsel for Saleen Neal